People v Correa (2025 NY Slip Op 05648)

People v Correa

2025 NY Slip Op 05648

Decided on October 14, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 14, 2025

Before: Manzanet-Daniels, J.P., Moulton, González, Rosado, Chan, JJ. 

Ind. No. 2562/18|Appeal No. 4919|Case No. 2019-04847|

[*1]The People of the State of New York, Respondent,
v
Orlando Correa, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Frank Xiao of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Nicholas J. Iacovetta, J.), rendered June 14, 2019, convicting defendant, upon his plea of guilty, of criminal possession of stolen property in the fifth degree and sentencing him to a conditional discharge for a period of one year, unanimously modified, on the law, to the extent of vacating the order of protection issued in favor of Tilson Yturrino, and declaring that the order of protection in favor of Beatrice Castillo should have had a duration of five years and has expired, and otherwise affirmed.
As the People concede, the order of protection covering Yturrino and issued against defendant was unlawful and should be vacated where Yturrino "was neither a victim of, nor a witness to, the crimes of which defendant was convicted" (People v Gordon, 201 AD3d 443, 444 [1st Dept 2022], lv denied 38 NY3d 950 [2022]; see also People v Neives, 2 NY3d 310, 315 [2004] ["CPL 530.13[4] authorizes a court to issue permanent orders of protection for the benefit of victims and witnesses '[u]pon conviction of any offense'"]).
The expiration date of the order of protection in favor of Beatrice Castillo exceeds the maximum statutory duration for a class A misdemeanor (see CPL 530.13 [4] [B]). Accordingly, the People are directed to notify Beatrice Castillo that the term of the order of protection has expired.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 14, 2025